UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAMPAIGN LEGAL CENTER, et al.,

*Plaintiff*,

v.

SOCIAL SECURITY ADMINISTRATION,

*Defendant*.

Civil Action No. 25-03830 (CKK)

**DEFENDANT'S CONSENT MOTION FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendant Social Security Administration (the "Agency" or "Defendant"), respectfully moves this Court to extend the Agency's time until December 15, 2025, to respond to Plaintiffs' Campaign Legal Center and American Oversight Complaint, ECF No. 1. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff consents to this request.

This Freedom of Information Act (FOIA) case arises out of Plaintiffs' August 7, 2025 request seeking records regarding the implementation of Executive Order 14248. Compl. ¶19. Plaintiffs bring this action alleging two violations of 5 U.S.C. § 552, including failure to conduct adequate searches and the wrongful withholding of non-exempt response records. *Id*. ¶¶ 26-37. The deadline to respond to this complaint is December 1, 2025. The Agency requests a two-week extension to respond.

The Agency requests this extension in good faith and not for the purpose of delay. On November 24, 2025, undersigned counsel entered her appearance on behalf of the Agency. Due

to pre-approved leave and holiday travel, undersigned counsel requires additional time to confer

with agency counsel.  No deadline will be impacted by granting the request and Plaintiffs consent.

For all these reasons, the Agency respectfully requests that the deadline to respond to

Plaintiffs' Complaint, ECF No. 1, be extended by two weeks, through and including December 15,

2025.  A proposed order is attached.

Dated:  November 26, 2025
         Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:      /s/ *Amanda L. Torres*
     AMANDA L. TORRES, D.C. Bar #1562702
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252-2507

*Attorneys for the United States of America*

- 2 -