UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN LEGAL CENTER, et al.,<br><br>*Plaintiff*,<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>*Defendant*. | Civil Action No. 25-03830 (CKK) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's Motion for Extension, for good cause shown, and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED, and it is further

ODERED that Defendant shall respond to the Complaint on or before December 15, 2025.

SO ORDERED:

_____            _____
Date                                                    COLLEEN KOLLAR-KOTELLY-
                                                             United States District Judge