UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN LEGAL CENTER, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>*Defendant*. | Civil Action No. 25-03830 (CKK) |

**JOINT STATUS REPORT**

Plaintiffs, Campaign Legal Center and American Oversight ("Plaintiffs") and Defendant the Social Security Administration (the "Agency" or "Defendant") submit this status report pursuant to the Court's December 16, 2025 Minute Order, regarding FOIA Request No. 2025-FOIA-02478, which was originally submitted to the Agency by Plaintiffs on August 7, 2025.

1. <u>The status of Plaintiff's FOIA request</u>:  The Agency reports that on September 30, 2025, Plaintiffs' fee waiver request was denied. Plaintiffs subsequently appealed that denial on October 30, 2025, prior to filing this lawsuit.[1] Under FOIA, agencies "shall…make a determination with respect to any appeal within twenty days (excepting Saturdays, Sundays, and legal public holidays) after the receipt of such appeal." 5 U.S.C. § 552(a)(6)(A)(ii). The appeal is pending before the Agency. The Agency anticipates a February 6, 2026 release of Plaintiffs' waiver appeal notice. Pursuant to the Agency's regulations, requestors must be notified of and agree to pay any fees before the Agency begins a search for responsive records.  See 20 C.F.R. §§ 402.70-

---

[1] Plaintiffs filed their waiver appeal during the government shutdown. The government shutdown impacted the Agency's ability to respond.

90. Until the Agency conducts the search, the Agency is unable to report on the existence of any responsive and non-exempt records.

2. <u>The anticipated number of documents responsive to Plaintiff's FOIA request</u>: The Agency has not yet conducted a search for responsive records; therefore the anticipated number of responsive and non-exempt records is unknown at this time.

3. <u>The anticipated date(s) for release of those documents</u>: There is currently no anticipated release date for records pending resolution of associated fee issues.

4. <u>Likelihood of a motion to stay under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976)</u>: Defendant does not anticipate seeking a stay under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976).

5. <u>Necessity of a *Vaughn* index</u>: At this point, it is premature for the parties to determine whether a *Vaughn* index will be required in this case.

6. The parties agree to submit the next joint status report by March 3, 2026.

Dated:  January 26, 2026
        Washington, DC

/s/ Jessica Jensen
Jessica Jensen
D.C. Bar No. 1048305
Benjamin A. Sparks
D.C. Bar No. 90020649
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5246
jessica.jensen@americanoversight.org

*Counsel for Plaintiffs*

Jonathan Diaz
D.C. Bar No. 1613558
Daniel S. Lenz*
CAMPAIGN LEGAL CENTER

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:   /s/ Amanda L. Torres
AMANDA L. TORRES, D.C. Bar #1562702
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2551

*Attorneys for the United States of America*

1101 14th Street NW, Suite 400
Washington, DC 20005
(202) 736-2200
jdiaz@campaignlegalcenter.org
dlenz@campaignlegalcenter.org

*Counsel for Plaintiff Campaign Legal Center*

*\*Admitted pro hac vice*