UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN LEGAL CENTER, et al., *Plaintiffs*, v. SOCIAL SECURITY ADMINISTRATION, *Defendant*. | Civil Action No. 25-03830 (CKK) |

## JOINT STATUS REPORT

Plaintiffs, Campaign Legal Center and American Oversight ("Plaintiffs") and Defendant the Social Security Administration (the "Agency" or "Defendant") submit this status report regarding FOIA Request No. 2025-FOIA-02478, which was originally submitted to the Agency by Plaintiffs on August 7, 2025.

1. The Agency reports that on September 30, 2025, Plaintiffs' fee waiver request was denied. Plaintiffs subsequently appealed that denial on October 30, 2025, prior to filing this lawsuit. On February 6, 2026, the Agency issued its decision affirming its denial of Plaintiffs' fee waiver appeal. Currently, the Agency is working on calculating fees for the request. When that estimate is complete, the Agency will issue a notice explaining the fees and estimating the fees that Plaintiffs must agree to pay for processing of this FOIA request. Pursuant to the Agency's regulations, requestors must be notified of and agree to pay any fees before the Agency begins a search for responsive records. *See* 20 C.F.R. § 402.90. Until the Agency conducts the search, the Agency is unable to report on the existence of any responsive and non-exempt records.

2. The parties agree to submit the next joint status report by April 2, 2026.

| | |
|---|---|
| Dated: March 3, 2026<br>　　　　Washington, DC | Respectfully submitted, |
| | JEANINE FERRIS PIRRO<br>United States Attorney |
| /s/ Jessica Jensen<br>Jessica Jensen<br>D.C. Bar No. 1048305<br>Benjamin A. Sparks<br>D.C. Bar No. 90020649<br>AMERICAN OVERSIGHT<br>1030 15th Street NW, B255<br>Washington, DC 20005<br>(202) 869-5246<br>jessica.jensen@americanoversight.org | By:　/s/ Amanda L. Torres<br>AMANDA L. TORRES, D.C. Bar #1562702<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2551<br><br>*Attorneys for the United States of America* |

*Counsel for Plaintiffs*

Jonathan Diaz
D.C. Bar No. 1613558
Daniel S. Lenz*
CAMPAIGN LEGAL CENTER
1101 14th Street NW, Suite 400
Washington, DC 20005
(202) 736-2200
jdiaz@campaignlegalcenter.org
dlenz@campaignlegalcenter.org

*Counsel for Plaintiff Campaign Legal Center*

*Admitted pro hac vice